# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK PIERRE

NO. 2023 KW 0165

**APRIL 12, 2023**

---

In Re:   Derrick Pierre, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 06-97-0846 & 06-98-0961.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DENIED AS MOOT.** The record of the East Baton Rouge Parish Office of the Clerk of Court shows that on March 13, 2023, the district court denied relator's application for postconviction relief, filed on January 12, 2022.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.al*

DEPUTY CLERK OF COURT
FOR THE COURT